# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES,** | **CASE NO. 1:11-CR-0183 AWI** |
| Plaintiff | |
| v. | **ORDER FOR JOINT STATUS REPORT** |
| **MICHAEL T. JONES,** | (Doc. No. 21) |
| Defendant | |

On August 22, 2011, Defendant pled guilty to violation of 18 U.S.C. § 922(g)(1), felon in possession of a firearm. See Doc. Nos. 10, 11.

On November 8, 2011, a judgment and commitment was entered. See Doc. No. 18. Defendant was sentenced to 36 months in prison and 36 months of supervised release. See id.

On August 19, 2016, the Court signed a Petition for Violation of Supervised Release and issued an arrest warrant for Defendant. See Doc. No. 19.

On October 21, 2016, Defendant filed a motion. See Doc. No. 21. The motion is one page and is on a pre-printed form from the State of California. See id. The form indicates that it is to be used for a "notice and demand for trial." See id. The form indicates that Defendant is currently in Wasco State Prison, and that Defendant wishes a hearing on the alleged supervised release violation. See id. To date, there have been no further filings in this case.

Given the above, the Court finds that it is appropriate for the parties to file a joint status report in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than May 8, 2017, the Assistant United States Attorney, the Federal Defender, and the United States Probation Officer assigned to this case shall meet and confer and file a joint status report with the Court regarding the status of this case; and

2. The Clerk shall serve a copy of this order on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated: April 13, 2017

                                              SENIOR DISTRICT JUDGE