# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 1:11-CR-0183 AWI |
|---|---|
| Plaintiff | |
| v. | ORDER FOLLOWING JOINT STATUS REPORT |
| MICHAEL T. JONES, | |
| Defendant | |

On April 14, 2017, the Court ordered the probation department and counsel for Plaintiff and Defendant to submit a joint status report of this case. Prior to April 14, 2017, the Court issued an arrest warrant for Defendant, and Defendant filed a "notice and demand for trial."

On May 3, 2017, the parties filed a joint status report. See Doc. No. 24. The report explains that Defendant is currently incarcerated in Wasco State Prison, his release date is July 13, 2017, and that it is advisable for Defendant to be taken into custody on this Court's warrant following his release from state prison.

The Court will follow the suggestion of the status report. The Court will anticipate that Defendant will be taken into custody upon his release from Wasco, and that this matter will then proceed. No further actions will be ordered at this time.

IT IS SO ORDERED.

Dated: May 9, 2017

_____
SENIOR DISTRICT JUDGE