HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
MICHAEL T. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-0183-DAD |
| *Plaintiff,* | ORDER FOR TEMPORARY RELEASE AND TRANSPORTATION TO DELANCEY STREET, SAN FRANCISCO |
| vs. | |
| MICHAEL T. JONES, | |
| *Defendant.* | |

IT IS HEREBY ORDERED that defendant Michael T. Jones (Michael Jones: Fresno County Sheriff's Booking No. 1725638; Person ID 7042892) shall be released to Kevin Mitchel, a social worker with the Office of the Federal Defender, from the Fresno County Jail on **Wednesday, September 13, 2017 at 7:00 a.m.** Mr. Mitchel will then transport Mr. Jones directly to the Delancey Street Foundation program located at 600 Embarcadero in San Francisco for an intake interview. If immediately accepted, Mr. Jones will stay at Delancey Street and abide by all rules of the program. If not immediately accepted, Mr. Mitchel will return Mr. Jones directly to the Fresno County Jail by no later than 9:00 p.m. on September 13, 2017. All previous imposed terms and conditions of supervised release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 11, 2017**  _____
UNITED STATES DISTRICT JUDGE