HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
MICHAEL T. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>MICHAEL T. JONES,<br><br>*Defendant.* | Case No.  1:11-cr-00183-DAD<br><br>STIPULATION AND ORDER SETTING STATUS CONFERENCE<br><br>DATE: November 6, 2017<br>TIME:   10:00 a.m.<br>JUDGE: Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and through the parties through their respective counsel, Assistant United States Attorney Ross Pearson, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Michael T. Jones, that the hearing currently scheduled for September 25, 2017 be vacated and that a status conference be set for Monday, November 6, 2017 at 10:00 a.m. before the Honorable Dale A. Drozd.

The reason for this request is that on September 13, 2017, Michael Jones interviewed at and was accepted into the Delancey Street program, where is now enrolled in its two-year program.

                                                            Respectfully submitted,

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

DATED: September 14, 2017          By:    */s/ Ross Pearson*
                                                                          ROSS PEARSON
                                                                          Assistant United States Attorney

|   |   |
|---|---|
| | Attorney for Plaintiff<br>HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 14, 2017 | By: */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL T. JONES |

## **ORDER**

The court has reviewed and considered the stipulation of the parties. Good cause appearing, the hearing as to the above named defendant currently set September 25, 2017 is vacated and a status conference is set for November 6, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 14, 2017**

UNITED STATES DISTRICT JUDGE